# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFAEL GARCIA,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | **No. 24-cv-06316-JFM** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| *Defendants.* | : | |

## STIPULATION AND PROPOSED ORDER TO EXTEND
## TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Rafael Garcia and Defendants City of Philadelphia and Bridget Kirn (collectively, "Defendants"), through counsel, hereby stipulate that the time for Defendants to respond to Plaintiff's Complaint is extended until March 10, 2025.

Dated: February 4, 2025

                                                     Respectfully submitted,

                                                     */s/ Jill Johnston*
                                                     Dion G. Rassias
                                                     Jill Johnston
                                                     **The Beasley Firm, LLC**
                                                     1125 Walnut Street
                                                     Philadelphia, PA 19107
                                                     Dion.Rassias@beasleyfirm.com
                                                     Jill.Johnston@beasleyfirm.com
                                                     *Counsel for Plaintiff Garcia*

          */s/ Aleena Y. Sorathia*
Aleena Y. Sorathia
Katelyn Mays
Peter Erdely
**Ahmad Zaffarese LLC**
1 S. Broad Street, Suite 1910
Philadelphia, PA 19107
asorathia@azlawllc.com
kmays@azlawllc.com
perdely@azlawllc.com
*Counsel for the City of Philadelphia*


          */s/ Shelley R. Smith*
Shelley R. Smith
**Archer & Greiner P.C.**
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
srsmith@archerlaw.com
*Counsel for Defendant Kirn*


DATED: _____ day of _____, 2025.


        **SO ORDERED:**


_____
THE HONORABLE JOHN F. MURPHY

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I filed the foregoing Stipulation and Proposed Order to Extend Time to Respond to Plaintiff's Complaint on the Court's ECF Site. The stipulation and proposed order is available for viewing and downloading on the Court's ECF system.

                                      Respectfully submitted,

                                      */s/ Aleena Y. Sorathia*
                                      Aleena Y. Sorathia
                                      Katelyn Mays
                                      Peter Erdely
                                      **Ahmad Zaffarese LLC**
                                      1 S. Broad Street, Suite 1910
                                      Philadelphia, PA 19107
                                      asorathia@azlawllc.com
                                      kmays@azlawllc.com
                                      perdely@azlawllc.com

                                      *Attorneys for the City of Philadelphia*

Dated: February 4, 2025