UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAFAEL GARCIA** : <br>   : <br>  **Plaintiff,** : <br>   : **Civil Action No. 2:24-cv-06316** <br>  vs. : <br>   : <br> **CITY OF PHILADELPHIA;** : <br> **BRIDGET L. KIRN; and** : <br> **JOHN/JANE DOE(S) #1 - #10** : **JURY TRIAL DEMANDED** <br>   : <br>  **Defendants.** : <br>   : | |

### PLAINTIFF'S NOTICE OF INTENT TO AMEND COMPLAINT

Plaintiff files this Notice pursuant to Local Rule of Civil Procedure 7.1(c) to notify this Honorable Court and all parties hereto that Plaintiff will file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15 and the timeframe(s) set forth therein.

Respectfully submitted,

**THE BEASLEY FIRM, LLC**

BY:   /s/ *Dion G. Rassias*
          DION G. RASSIAS, ESQUIRE
          1125 Walnut Street
          Philadelphia, PA 19107
          (215) 592-1000
          (215) 592-8360 (facsimile)

DATED: March 24, 2025

## CERTIFICATE OF SERVICE

Dion G. Rassias, Esquire, hereby certifies that on this date, a true and correct copy of the foregoing was sent to the below-listed individuals, via ECF:

Aleena Y. Sorathia, Esquire
Katelyn L. Mays, Esquire
Ahmad Zaffarese LLC
One South Broad Street, Suite 1910
Philadelphia, PA 19107
*Attorneys for Defendant City of Philadelphia*

Shelley R. Smith, Esquire
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA  19103
*Attorneys for Defendant Bridget L. Kirn*

**THE BEASLEY FIRM, LLC**

BY:   */s/ Dion G. Rassias*
DION G. RASSIAS, ESQUIRE
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
(215) 592-8360 (facsimile)

DATED:  March 24, 2025