IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFAEL GARCIA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-6316 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

# ORDER

**AND NOW**, this 9th day of October 2025, upon considering defendant the City of Philadelphia's motion to dismiss (DI 25), plaintiff's opposition (DI 33), and defendant's reply (DI 36); defendant Kirn's motion to dismiss (DI 28), plaintiff's opposition (DI 34), and defendant's reply (DI 38); defendants Sergeant Joseph Del Grippo's and Detective Gerard Brennan's motion to dismiss (DI 32), plaintiff's opposition (DI 37), and defendants' reply (DI 39); defendant Philadelphia District Attorney's motion to dismiss (DI 40) and plaintiff's opposition (DI 42); defendant Detective Thomas Wilson's motion to dismiss (DI 51) and plaintiff's opposition (DI 54); following oral argument held on September 10, 2025, plaintiff's supplemental brief (DI 58), defendants' response (DI 59), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant the City of Philadelphia's motion to dismiss (DI 25) is **GRANTED** with prejudice with respect to the Philadelphia Police Department and **DENIED** with respect to Count V for municipal liability.

2. Defendant Kirn's motion to dismiss (DI 28) is **GRANTED** and defendant Kirn is dismissed with prejudice.

3. Defendants Sergeant Del Grippo and detective Gerard Brennan's motion to dismiss (DI 32) is **GRANTED** in part and **DENIED** in part:

    a. The motion is **GRANTED** with prejudice as to Count III for failure to

       intervene.

    b.   The motion is **GRANTED** as to Counts VI for damages and VII for punitive damages without prejudice to plaintiff's ability to pursue the damages outlined therein at trial.

    c.   The motion is **GRANTED** without prejudice as to Count IV for supervisory liability.[1]

    d.   The motion is **GRANTED** without prejudice on Counts I and II as to Sergeant Del Grippo.

    e.   The motion is **DENIED** with regard to Counts I and II against detective Brennan.

4.   Defendant Philadelphia District Attorney's Office's motion to dismiss (DI 40) is **GRANTED** and the District Attorney's Office is dismissed with prejudice.

5.   Detective Wilson's motion to dismiss (DI 51) is **GRANTED** in part and **DENIED** in part:

    a.   The motion is **GRANTED** with respect to Count III.

    b.   The motion is **GRANTED** as to Counts VI for damages and VII for punitive damages without prejudice to plaintiff's ability to pursue the damages outlined therein at trial.

    c.   The motion is **DENIED** with respect to Counts I and II.

_____
MURPHY, J.

---

[1] Count IV is dismissed without prejudice as to Sergeant Del Grippo only as all other defendants named in that Count are dismissed with prejudice.