**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAFAEL GARCIA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-6316** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

# <u>ORDER</u>

**AND NOW**, this 13th day of March 2026, upon considering plaintiff's motion to enforce settlement agreement (DI 72), it is **ORDERED** plaintiff's motion to enforce settlement agreement (DI 72) is **DENIED**.[1]

MURPHY, J.

---

[1] The e-mail string included with the motion indisputably indicates that there was not a meeting of the minds on all material terms.